UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT S. LOWRY | CIVIL ACTION NO. 1:05CV0275 |
| -vs- | JUDGE DRELL |
| DRESSER, INC. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For written reasons given this date, the Motion to Remand is GRANTED, and this matter is REMANDED to the Ninth Judicial District Court, Rapides Parish, Louisiana.

SIGNED on this 14th day of September, 2005, at Alexandria, Louisiana

Dee D. Drell
United States District Judge